UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW G. SULLIVAN, No. 15791-026,

    Petitioner,

v.

DANIEL SPROUL, Warden,

    Respondent.

Case No. 22-cv-1154-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Matthew G. Sullivan's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice and that judgment is entered in favor of respondent Daniel Sproul and against petitioner Matthew G. Sullivan.

**DATED: September 12, 2022**       MONICA A. STUMP, Clerk of Court

                                                               **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**